# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Chad James Emke**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00097-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Department of Public Safety | ) | |
| State of North Carolina | ) | |
| Daniel A. Keunert**,** | ) | |
| | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2023 Order.

August 28, 2023

Katherine Hord Simon, Clerk
United States District Court